**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JEROME PEARCE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv90 |
| | § | Judge Clark/Judge Mazzant |
| BLUEBONNET CONTRACTORS, LLC | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is plaintiff's Motion to Dismiss With Prejudice [Doc. #9]. In the motion, plaintiff moves for dismissal of all claims, with prejudice.

It is **ORDERED** that plaintiff's Motion to Dismiss With Prejudice [Doc. #9] is **GRANTED**. The court further **ORDERS** that all claims and causes of action against defendants are dismissed with prejudice, with each party to bear its own costs.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this 5 day of **August, 2013.**

_____
Ron Clark, United States District Judge

1